**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BERNARD CLARK,<br><br>　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>COUNTRYWIDE HOME LOANS, INC.; RECONTRUST COMPANY; FIRST MAGNUS FINANCIAL CORPORATION; BANK OF AMERICA NA; CHASE HOME FINANCE LLC, MERS INC.; and DOES I-XX, inclusive,<br><br>　　　　　　　　Defendants. | 09-CV-01998-OWW-GSA<br><br>ORDER RE: UNSIGNED PLEADINGS |

## I. BACKGROUND

On November 11, 2009, Defendants Countrywide Home Loans, Inc., Recontrust Company, and Bank of America, N.A., erroneously sued as Bank of America, ("Defendants") removed this case to federal court. Attached to their notice of removal is Plaintiff's *pro se* state court complaint filed in Tuolumne County Superior Court. (Doc. 1, Ex. A.) Plaintiff's state court complaint is unsigned.

On December 10, 2009, Defendants filed a motion to dismiss the claims asserted in the state court complaint. On February 12, 2010, Plaintiff filed an opposition to the motion. On February 16, 2010, Plaintiff filed a *pro se* First Amended Complaint ("FAC") in federal court. The FAC is also unsigned.

## II. DISCUSSION AND ANALYSIS

Pursuant to the California Code of Civil Procedure:

> Every pleading, petition, written notice of motion, or other similar paper shall be signed by at least one attorney of record in the attorney's individual name, or, if the party is not represented by an attorney, shall be signed by the party. Each paper shall state the signer's

|   |   |
|---|---|
| 1 |     **address and telephone number, if any. . . . *An unsigned paper shall be stricken unless omission of the signature is corrected promptly after being called to the attention of the attorney or party*.** |

Cal. Civ. Proc. Code § 128.7(a) (emphasis added). This section was modeled after Rule 11 of the Federal Rules of Civil Procedure. *Bd. of Trs. of Leland Stanford Jr. Univ. v. Superior Court*, 149 Cal. App. 4th 1154, 1169 (2007). Under Rule 11:

> Every pleading, written motion, and other paper must be signed by at least one attorney of record in the attorney's name--or by a party personally if the party is unrepresented. The paper must state the signer's address, e-mail address, and telephone number. . . . *The court must strike an unsigned paper unless the omission is promptly corrected after being called to the attorney's or party's attention*.

Fed. R. Civ. P. 11(a) (emphasis added).

    Neither the removed state court complaint nor the FAC are signed by Plaintiff. Both contain blank signature blocks. Consistent with § 128.7(a) and Rule 11, through this order, Plaintiff is notified that his state court complaint and his FAC will be stricken unless Plaintiff files a *signed* amended complaint by March 18, 2010, which shall become the operative pleading in this case.

    If Plaintiff files a signed amended complaint by the deadline, Defendants can renew their motion to dismiss (Doc. 4) and incorporate by reference any briefing already on file. The hearing on the motion to dismiss, currently scheduled for March 1, 2010, is **VACATED**. The hearing may be re-noticed by Defendants if and when Plaintiff files a signed amended complaint as ordered.

IT IS SO ORDERED.

Dated:   February 25, 2010          /s/ Oliver W. Wanger
                                                 UNITED STATES DISTRICT JUDGE