JOHN M. SORICH (CA Bar No. 125223)
jsorich@adorno.com
S. CHRISTOPHER YOO (CA Bar No. 169442)
cyoo@adorno.com
GEOFFREY C. BRETHEN (CA Bar No. 259873)
gbrethen@adorno.com
ADORNO YOSS ALVARADO & SMITH
A Professional Corporation
1 MacArthur Place, Suite 200
Santa Ana, California 92707
Tel:  (714) 852-6800
Fax: (714) 852-6899

Attorneys for Defendant
CHASE HOME FINANCE, LLC,
erroneously sued as CHASE HOME FINANCE

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Bernard F. Clark,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BANK OF AMERICA, N.A.;<br>COUNTRYWIDE HOME LOANS, Inc.;<br>RECONSTRUST COMPANY N.A.;<br>FIRST MAGNUS FINANCIAL CORPORATION;<br>MERS Inc.;<br>CHASE HOME FINANCE.;<br>And DOES I-XX, Inclusive<br>　　　　Defendants. | **CASE NO.:** 1:09-CV-01998-OWW-GSA<br><br>**JUDGE:** Hon. Oliver W. Wanger<br><br>**ORDER GRANTING REQUEST TO APPEAR BY TELEPHONE AT THE MOTION TO DISMISS THE FIRST AMENDED COMPLAINT, OR IN THE ALTERNATIVE, FOR MORE DEFINITE STATEMENT**<br><br>**CRTRM:**　6<br>**DATE:**　August 2, 2010<br>**TIME:**　10:00 A.M.<br><br><br>**ACTION FILED:**　March 17, 2010 |

///

///

The Court having reviewed the Request to Appear by Telephone of defendant Chase Home Finance LLC ("Chase" or "Defendant"), erroneously sued as Chase Home Finance through its undersigned counsel, seeks leave of Court for its counsel to attend the hearing on the Motion to Dismiss ("Motion") before the Honorable Oliver W. Wanger currently set for August 2, 2010 at 10:00 a.m. via telephone, as follows:

IT IS HEREBY ORDERED, that Chase may appear telephonically at the hearing on the Motion to Dismiss, currently set to be heard on August 2, 2010 at 10:00 a.m. in Courtroom 6, before the Honorable District Judge Oliver W. Wanger of the above-entitled Court, by and through its counsel, S. Christopher Yoo, (714) 852-6868.

IT IS SO ORDERED.

Dated: __July 30, 2010__            /s/ Oliver W. Wanger
                                    UNITED STATES DISTRICT JUDGE