MARK J. KENNEY (State Bar No. 87345)
mjk@severson.com
PHILIP BARILOVITS (State Bar No. 199944)
pb@severson.com
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, CA  94111
Telephone:     (415) 398-3344
Facsimile:      (415) 956-0439

Attorneys for Defendants
COUNTRYWIDE HOME LOANS, INC.,
RECONTRUST COMPANY, N.A.
BANK OF AMERICA, N.A., and
MORTGAGE ELECTRONIC REGISTRATION
SYSTEMS, INC, *sued erroneously as*
MERS, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERNARD F. CLARK,<br><br>            Plaintiff,<br><br>     vs.<br><br>COUNTRYWIDE HOME LOANS, INC., *et al.*,<br><br>            Defendants. | Case No.: 1:09-CV-01998-OWW-JLT<br><br>**ORDER GRANTING MOTION TO DISMISS AND GRANTING MOTION TO EXPUNGE LIS PENDENS** |

On December 2, 2010, this Court issued a memorandum dismissing Plaintiff's Second Amended Complaint with leave to amend and granting Defendants' motion to expunge the lis pendens recorded by Plaintiff for the property located at 12689 Mt. Jefferson Street, Groveland, California. (See Docket Index No. 61).

//

1 | It is hereby ordered that Plaintiff's Second Amended Complaint is dismissed in its entirety. Plaintiff shall have until January 2, 2011 (30 days from the entry of the memorandum) to file an amended complaint. Plaintiff has leave to file a complaint stating only a fraud claim. Plaintiff is reminded to review the memorandum at Docket Index No. 61 in attempting to state such a claim. Defendants shall have the right to move to dismiss Plaintiff's amended complaint, if they so choose. If Plaintiff does not amend his complaint by January 2, 2011, Plaintiff's complaint shall be dismissed with prejudice and without leave to amend as to all named defendants.

It is also hereby ordered that Defendants' motion to expunge the lis pendens is hereby granted.

IT IS SO ORDERED.

Date: 12/23/2010                    /s / OLIVER W. WANGER
                                    Hon. Oliver W. Wanger
                                    United States District Judge