# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERNARD F. CLARK,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>COUNTRYWIDE HOME LOANS, INC., et al.,<br><br>　　　　　Defendants. | 1:09-CV-01998-OWW-GSA<br><br>ORDER RE: MOTION TO DISMISS THIRD AMENDED COMPLAINT (Doc. 66) |

Plaintiff Bernard F. Clark, acting pro se, filed a third amended complaint ("TAC") for damages against Defendants Countrywide Home Loans and Bank of America on December 15, 2010. Defendants filed a motion to dismiss on January 3, 2011. (Doc. 66). On March 14, 2011, the court granted Plaintiff a continuance on the hearing for the Motion to Dismiss for the purpose of retaining counsel to defend the motion.

On March 28, 2011, Attorney David Ray Chamberlin filed a Notice of Appearance on Plaintiff's behalf. Plaintiff filed opposition to the motion to dismiss through counsel on April 18, 2011.

This action was removed to federal court on the basis of federal question jurisdiction. (Doc. 1). All federal claims initially pled by Plaintiff have been dismissed. The TAC asserts

1

1  only two state law fraud claims, and Plaintiff's total damages
2  request totals $ 27,000.00.  This action is REMANDED to the
3  Superior Court, 28 U.S.C. § 1367, as there is no federal interest
4  to justify the intervention of a federal court.

IT IS SO ORDERED.

**Dated:   May 23, 2011**                         **/s/ Oliver W. Wanger**
                                              UNITED STATES DISTRICT JUDGE